**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| MOSAIC COMPANIES, LLC, *et al.*, | Case No. 25-11296 (CTG) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
AUGUST 12, 2025, AT 1:00 P.M. (EASTERN TIME)**

---

**THIS PROCEEDING WILL BE CONDUCTED IN PERSON**

All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-tgoldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

---

**MATTER GOING FORWARD**

1. Debtors' Motion for Entry of an Order (I) Authorizing the Sale of Substantially All Debtor Walker & Zanger, LLC's Assets and Certain Assets of Debtor Surfaces Southeast, LLC, to WZ Buyer, LLC, Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Debtors' Entry Into the Asset Purchase Agreement with WZ Buyer, LLC, and Certain Ancillary Agreements; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to WZ Buyer, LLC; and (IV) Granting Related Relief Fee (D.I. 23, filed 7/8/25).

    Objection Deadline: August 5, 2025, at 4:00 p.m. (ET); extended to August 5, 2025, at 11:59 p.m. (ET) for Dallas County, Texas; extended to August 6, 2025, at 4:00 p.m. (ET) for Omganesha LLC d/b/a Tile Matrix;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Mosaic Companies, LLC (0759); Surfaces Southeast HoldCo, LLC (8822); Mosaic Midco, LLC (0759); Retile, LLC (7285); Wallec Enterprises, LLC (4482); CAYP, LLC (6869); Surfaces Southeast, LLC (9283); Walker & Zanger, LLC (6215); WZCA Holdings, LLC (9859); Mustang Stone Quarries, LLC (9922). The Debtors' mailing address is 400 Technology Ct. Ste R, Smyrna, GA 30082.

      extended to August 8, 2025, at 12:00 p.m. (noon) (ET) for ACE American Insurance Company and its U.S.-based affiliates (collectively, and together with each of their successors, "<u>Chubb</u>"); extended to August 8, 2025, at 11:59 p.m. (ET) for the Official Committee of Unsecured Creditors (the "<u>Committee</u>").

<u>Responses Received</u>:

A. Informal comments received from the Committee.

B. Informal comments received from Chubb.

C. Informal comments received from Dallas County, Texas.

D. Limited Objection and Reservation of Rights of the Chubb Companies to Debtors Motion for Entry of an Order (I) Authorizing the Sale of Substantially All Debtor Walker & Zanger, LLC's Assets and Certain Assets of Debtor Surfaces Southeast, LLC to WZ Buyer, LLC, Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Debtors Entry Into the Asset Purchase Agreement with WZ Buyer, LLC, and Certain Ancillary Agreements; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to WZ Buyer, LLC; and (IV) Granting Related Relief ([D.I. 190](D.I. 190), filed 8/8/25).

<u>Cure Responses Received</u>:

A. Informal cure response received from Constellation NewEnergy, Inc.

B. Informal cure response received from WU/LH 36 Midland, LLC.

C. Informal cure response from Byline Financial Group.

D. [Informal] Objection to Assumption and Assignment of Open Purchase Orders/Cure Amount for Mosa USA.

E. Limited Objection of Raymond Leasing Corporation to Notice of Cure Costs and Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale of Walker & Zanger and Surfaces Southeast Assets ([D.I. 137](D.I. 137), filed 8/4/25).

F. Limited Objection and Reservation of Rights of ProLogis NA2 Texas LLC to Notice of Cure Costs and Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale of Walker & Zanger and Surfaces Southeast Assets ([D.I. 174](D.I. 174), filed 8/4/25).

G.     Limited Objection of Stone Foundation Enterprises, LLC to Notice of Cure Costs and Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connections with Sale of Walker & Zanger and Surfaces Southeast Assets (D.I. 175, filed 8/5/2025).

H.     Limited Objection of Omganesha LLC d/b/a Tile Matrix to Notice of Cure and Potential Assumption and Assignment of Certain Open Purchaser Orders in Connection with Sale of Walker & Zanger and Surfaces Southeast Assets (D.I. 179, filed 8/6/25).

<u>Adequate Assurance Information Requests</u>:

A.     Adequate assurance information request received from Alliance Decorative Material Ltd.

B.     Adequate assurance information request received from North Hills Industrial Park, Inc.

<u>Related Documents</u>:

A.     Declaration of Randall Jackson in Support of Debtors Motion for Entry of an Order (I) Authorizing the Sale of Substantially All Debtor Walker & Zanger, LLC's Assets and Certain Assets of Debtor Surfaces Southeast, LLC, to WZ Buyer, LLC, Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Debtors' Entry Into the Asset Purchase Agreement with WZ Buyer, LLC, and Certain Ancillary Agreements; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to WZ Buyer, LLC; and (IV) Granting Related Relief (D.I. 37, filed 7/9/25);

B.     Notice of Proposed Sale of Walker & Zanger and Surfaces Southeast Assets Free and Clear of All Liens, Claims, and Encumbrances (D.I. 64, filed 7/14/25);

C.     Notice of Cure Costs and Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale of Walker & Zanger and Surfaces Southeast Assets (D.I. 77, filed 7/17/25); and

D.     Notice of Cure Costs and Potential Assumption and Assignment of Certain Open Purchase Orders in Connection with Sale of Walker & Zanger and Surfaces Southeast Assets (D.I. 86, filed 7/22/25).

Witnesses:

A. The Debtors intend to offer the testimony of Randall Jackson, the Debtors' Group President and Chief Executive Officer by declaration and/or live testimony.

B. The Debtors may offer additional witness testimony based on any objection the Committee may file.

C. The Debtors reserve the right to call or cross-examine one or more witnesses of the Committee.

Status: The Debtors have resolved the informal comments received from Dallas County, Texas, with revised language in the proposed sale order. The Debtors anticipate resolving the informal comments received from Chubb with revised language in the proposed sale order. The Debtors are working toward a consensual resolution of the Committee's comments to the proposed sale order. With respect to cure disputes, the Debtors have resolved responses (a), (b), (d), (e), and (f). The Debtors anticipate resolving the remaining cure disputes in advance of the hearing. The proposed purchaser has provided adequate assurance information to each of the parties who have requested it. The Debtors intend to file a revised proposed sale order in advance of the hearing. If the Debtors are unable to reach a consensual resolution with the Committee, this matter will go forward on a contested basis.

Dated: August 8, 2025
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Sophie Rogers Churchill*
Derek C. Abbott (No. 3376)
Matthew B. Harvey (No. 5186)
Sophie Rogers Churchill (No. 6905)
Avery Jue Meng (No. 7238)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
          mharvey@morrisnichols.com
          schurchill@morrisnichols.com
          ameng@morrisnichols.com

*Counsel to the Debtors and Debtors in Possession*